UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON GREENSTONE PANATIER BARTLETT PC, ET AL.<br><br>V.<br><br>JOHN CRANE INC. | No. 2:16-cv-1179-CBM-AGRx<br><br>**JUDGMENT**<br><br>JS-6 |

On August 26, 2016, the Court issued an order granting Defendants' motion to dismiss, dismissing without leave to amend Plaintiffs' claims under the Declaratory Judgment Act (Counts 1 and 2), and dismissing with leave to amend Plaintiffs' breach-of-contract claim (Count 3). (Dkt. No. 66.) Plaintiffs did not file an amended complaint.

On October 11, 2016, the parties filed a "Joint Request for Entry of Judgment under Fed. R. Civ. P. 58(d)" requesting the Court to enter judgment in this case. (Dkt. No. 68.) The Court denied the request because there was no final decision on the merits, and issued an Order to Show Cause why the action should not be dismissed for failure to prosecute. (Dkt. No. 70.)

1   On November 2, 2016, Plaintiffs notified the Court that they did not intend to
2   amend their complaint. (Dkt. No. 71 (citing *Edwards v. Marin Park, Inc.*, 356 F.3d
3   1058, 1065 (9th Cir. 2004).)
4   Consistent with the Court's Order referenced above (Dkt. No. 66), and
5   Plaintiffs' formal notice of their intent not to amend (Dkt. No. 71), this action is
6   dismissed with prejudice and judgment hereby entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: November 10, 2016

Honorable Consuelo Marshall
United States District Judge